# Court of Appeals
# of the State of Georgia

ATLANTA,  February 13, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1279. OTTO JABAR ORR v. THE STATE.

Following a jury trial, Otto Jabar Orr was convicted of family violence battery and cruelty to children in the third degree. The trial court granted his motion for new trial and this Court affirmed. *State v. Orr*, 345 Ga. App. 74 (812 SE2d 137) (2018). However, the Georgia Supreme Court granted the State's petition for a writ of certiorari, and then vacated our judgment and remanded the case with direction. *State v. Orr*, 305 Ga. 729 (827 SE2d 892) (2019). In accordance with the Georgia Supreme Court's direction, we vacated the trial court's order granting a new trial and remanded the case for further proceedings. *State v. Orr*, 351 Ga. App. 578 (831 SE2d 512) (2019). The trial court held a hearing on the matter, and denied Orr's motion for new trial on October 30, 2019. On December 2, 2019, Orr filed a notice of appeal. We lack jurisdiction because the notice of appeal was untimely.

Pursuant to OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, Orr filed his notice of appeal 33 days after entry of the order he seeks to appeal. His appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.

Because Orr is represented by counsel, he is informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995): This appeal has been dismissed because of your counsel's failure to file a timely notice of appeal. If you still wish to appeal, you may request the trial court to grant an out-of-time appeal. If the trial court grants an out-of-time appeal, you will have 30 days from that

grant in which to instigate an appeal. If the trial court denies your request for an out-of-time appeal, you may appeal that denial by filing a notice of appeal within 30 days of the denial. If you no longer wish to appeal your conviction, you need not do anything else.

The Clerk of Court is directed to send a copy of this order to Orr as well as to Orr's attorney, who is also directed to send a copy to Orr.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__02/13/2020_____*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



_____, *Clerk.*